# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-1710

_____

United States of America

*Plaintiff - Appellee*

v.

Jason Lee Konvalinka

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Ft. Dodge

_____

Submitted: July 19, 2019
Filed: July 26, 2019
[Unpublished]

_____

Before LOKEN, GRUENDER, and STRAS, Circuit Judges.

_____

PER CURIAM.

Jason Lee Konvalinka directly appeals the Guidelines-range sentence the district court[1] imposed upon revoking his supervised release. Counsel seeks

---

[1]The Honorable Leonard T. Strand, Chief Judge, United States District Court for the Northern District of Iowa.

permission to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the sentence as substantively unreasonable.

After careful review of the record, we conclude that the district court did not abuse its discretion in sentencing Konvalinka.  <u>See</u> <u>United States v. Miller</u>, 557 F.3d 910, 915-18 (8th Cir. 2009) (standard of review).  The record reflects that the district court properly considered the 18 U.S.C. § 3553(a) factors; there is no indication that it overlooked a relevant factor, or committed a clear error of judgment in weighing relevant factors, <u>see</u> <u>United States v. Larison</u>, 432 F.3d 921, 923-24 (8th Cir. 2006); and the sentence is within the Guidelines range, and below the statutory limit, <u>see</u> 18 U.S.C. §§ 3583(b)(2), (e)(3), (h).

Accordingly, we grant counsel's motion to withdraw, and affirm the judgment.

_____